# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Appearance of Counsel Form

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 17 2011
JOHN LEY
CLERK

Attorneys who wish to participate in an appeal must be properly admitted either to the bar of this court or for the particular proceeding pursuant to 11th Cir. R. 46-1, et seq. An attorney not yet properly admitted must file an appropriate application. In addition, all attorneys (except court-appointed counsel) who wish to participate in an appeal must file an appearance form within fourteen (14) days after notice is mailed by the Clerk of Appeals upon filing a motion or brief, whichever occurs first. Application forms and appearance forms are available on the Internet at www.ca11.uscourts.gov.

Please Type or Print

U.S. COURT OF APPEALS
RECEIVED CLERK
SEP 29 2011
ATLANTA, GA.

Court of Appeals No. 09-16246-FF

Mamani                              vs.   Sanchez Berzain

The Clerk will enter my appearance for these named parties: EarthRights International

In this court these parties are:
☐ appellant(s)   ☐ petitioner(s)   ☐ intervenor(s)
☐ appellee(s)    ☐ respondent(s)   ☒ amicus curiae

☐ The following related or similar cases are pending on the docket of this court:

☒ Check here if you are lead counsel.

I hereby certify that I am an active member in good standing of the state bar or the bar of the highest court of the state (including the District of Columbia) named below, and that my license to practice law in the named state is not currently lapsed for any reason, including but not limited to retirement, placement in inactive status, failure to pay bar membership fees or failure to complete continuing education requirements. I understand that I am required to notify the clerk of this court within 14 days of any changes in the status of my state bar memberships. See 11th Cir. R. 46-7.

State Bar: California                     State Bar No.: 237314

Signature: /s/ Marco Simons

Name (type or print): Marco Simons        Phone: 202-466-5188 x103

Firm/Govt. Office: EarthRights International    E-mail: marco@earthrights.org

Street Address: 1612 K St. NW Suite 401          Fax: 202-466-5189

City: Washington                          State: DC        Zip: 20006

12/07