IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 09-16246-FF



07-22459-CV-AJ:

ELOY ROJAS MAMANI,
ETELVINA ROMAS MAMANI,
SONIA ESPEJO VILLALOBOS,
HERNAN APAZA CUTIPA,
JUAN PATRICIO QUISPE MAMANI, et al.,

                        Plaintiffs-Appellees,

versus

JOSE CARLOS SANCHEZ BERZAIN,

                        Defendant-Appellant.

---

08-21063-CV-AJ:

ELOY ROJAS MAMANI,
Warisata, Boliva,
ETELVINA RAMOS MAMANI,
Warisata, Boliva,
SONIA ESPEJO VILLALOBOS,
El Alto, Boliva,
JUAN PATRICIO QUISPE MAMANI,
El Alto, Boliva,
TEOFILO BALTAZAR CERRO,
El Alto, Bolivia, et al.,

                        Plaintiffs-Appellees,

versus

GONZALO DANIEL SANCHEZ DE
LOZADA SANCHEZ BUSTAMANTE,

                        Defendant-Appellant.

No. 10-13071-FF

1:07-cv-22459-AJ:

ELOY ROYAS MAMANI,
Warisata, Bolivia,
ETELVINA RAMOS MAMANI,
Warisata, Bolivia,
SONIA ESPEJO VILLALOBOS,
El Alto, Bolivia,
HERNAN APAZA CUTIPA,
JUAN PATRICIO QUISPE MAMANI,
El Alto, Bolivia, et al.,

                              Plaintiffs - Appellees,

versus

JOSE CARLOS SANCHEZ BERZAIN,
GONZALO SANCHEZ DE LOZADA SANCHEZ BUSTAMANTE,

                              Defendants - Appellants.

```
-----------------------------
```
On Appeal from the United States District Court for the
Southern District of Florida
```
-----------------------------
```

O R D E R:

" The motion of Professors Philip Alson and Sarah Knuckey for leave to file brief of amici curiae..." in support of the appellees' petition for rehearing en banc, is *GRANTED*

" The motion of amici curiae Retired Military Professionals, Scholars and Professors of Military Law for leave to file as amici curiae..." in support of the appellees' petition for rehearing en banc, is *granted*

" The motion of Civil Procedure Scholars for leave to file a brief as amici curiae..." in support of the appellees' petition for rehearing en banc, is *granted.*

_____
UNITED STATES CIRCUIT JUDGE

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 09-16246-FF
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 17 2011
JOHN LEY
CLERK

07-22459-CV-AJ:

ELOY ROJAS MAMANI,
ETELVINA ROMAS MAMANI,
SONIA ESPEJO VILLALOBOS,
HERNAN APAZA CUTIPA,
JUAN PATRICIO QUISPE MAMANI, et al.,

                                         Plaintiffs-Appellees,

versus

JOSE CARLOS SANCHEZ BERZAIN,

                                         Defendant-Appellant.
_____

08-21063-CV-AJ:

ELOY ROJAS MAMANI,
Warisata, Boliva,
ETELVINA RAMOS MAMANI,
Warisata, Boliva,
SONIA ESPEJO VILLALOBOS,
El Alto, Boliva,
JUAN PATRICIO QUISPE MAMANI,
El Alto, Boliva,
TEOFILO BALTAZAR CERRO,
El Alto, Bolivia, et al.,

                                         Plaintiffs-Appellees,

versus

GONZALO DANIEL SANCHEZ DE
LOZADA SANCHEZ BUSTAMANTE,

                                         Defendant-Appellant.
_____

No. 10-13071-FF

1:07-cv-22459-AJ:

ELOY ROYAS MAMANI,
Warisata, Bolivia,
ETELVINA RAMOS MAMANI,
Warisata, Bolivia,
SONIA ESPEJO VILLALOBOS,
El Alto, Bolivia,
HERNAN APAZA CUTIPA,
JUAN PATRICIO QUISPE MAMANI,
El Alto, Bolivia, et al.,

                                        Plaintiffs - Appellees,

versus

JOSE CARLOS SANCHEZ BERZAIN,
GONZALO SANCHEZ DE LOZADA SANCHEZ BUSTAMANTE,

                                        Defendants - Appellants.

---
On Appeal from the United States District Court for the
Southern District of Florida
---

O R D E R:

" The motion of EarthRights International for leave to file brief of amici curiae..." in support of the Appellees' petition for rehearing en banc, is **GRANTED**.

/s/ J. L. Edmondson
UNITED STATES CIRCUIT JUDGE